UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11-cv-1178 |
| v. | ) ) ) | **COMPLAINT** |
| COMPUTER SYSTEMS, LLC, | ) ) | (Jury Trial Demand) |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Sharon K. Passon. As alleged below, on April 8, 2010, defendant Computer Systems LLC terminated Passon's employment as a Carrier Access Billing Systems Specialist because of her age (then 60).

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. § 626(b), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin.

## PARTIES

3.  The plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with administering, interpreting, and enforcing

the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, the defendant, Computer Systems LLC, has continuously been a Wisconsin corporation doing business in the state of Wisconsin and the Eastern District of Wisconsin, and has continuously had at least 20 employees.

5. At all relevant times, Computer Systems LLC has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g), and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g), and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, EEOC representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least on or about April 8, 2010, Computer Systems LLC engaged in unlawful employment practices in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1), when it terminated Sharon K. Passon, who was in the protected age group as defined in Section 12 of the ADEA, 29 U.S.C. § 631, from her job as a Carrier Access Billing Systems ("CABS") Specialist because of her age (60). On or about April 8, 2010, Computer Systems LLC chose Passon as the CABS Specialist whose position would be eliminated in a reduction in force and instead retained a younger CABS Specialist, Shannon Weisnicht (age 34), even though Passon's most recent job performance rating exceeded Weisnicht's rating, she had helped to train Weisnicht, and she was responsible for twice as many customers as Weisnicht was.

8. The effect of the practices complained of in Paragraph 7 above has been to deprive Passon of equal employment opportunities and otherwise adversely affect her status as an employee, because of her age.

9. The unlawful employment practices complained of in Paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Computer Systems LLC and its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from engaging in employment practices which discriminate against individuals 40 years of age and older by terminating their employment because of their age.

B. Order Computer Systems LLC to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Computer Systems LLC to pay Passon appropriate back wages, including lost benefits, in an amount to be determined at trial, an equal sum as liquidated damages, and pre-judgment interest.

D. Order Computer Systems LLC to make Passon whole by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place reinstatement; front pay, including lost benefits, as necessary in lieu of reinstatement; and attorney's fees.

D. Grant such further relief as the Court deems necessary and proper in the public interest.

E. Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

                                  P. David Lopez
                                  General Counsel

                                  Gwendolyn Young Reams
                                  Associate General Counsel

                                  EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION
                                  131 M Street, N.W.
                                  Washington, D.C. 20507

Dated: December 29, 2011          s/ *John C. Hendrickson*_____
                                  John C. Hendrickson
                                  Regional Attorney

Dated: December 29, 2011          s/ *Jean P. Kamp*_____
                                  Jean P. Kamp
                                  Associate Regional Attorney

                                  EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION
                                  Chicago District Office
                                  500 West Madison Street - Suite 2800
                                  Chicago, IL 60661
                                  *Telephone*: (312) 869-8116  *Fax*: (414) 869-_____
                                  *E-mail*:    john.hendrickson@eeoc.gov
                                  *E-mail*:    jean.kamp@eeoc.gov

Dated: December 29, 2011          s/ *Dennis R. McBride*_____
                                  Dennis R. McBride
                                  Senior Trial Attorney

                                  EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION
                                  Milwaukee Area Office
                                  310 West Wisconsin Avenue - Suite 800
                                  Milwaukee, WI 53203-2292
                                  *Telephone*: (414) 297-4188   *Fax*: (414) 297-3146
                                  *E-mail*:    dennis.mcbride@eeoc.gov